**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Megan E. Nevin, SBN 304122
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants NEVADA COUNTY, NEVADA COUNTY SHERIFF'S DEPARTMENT, SHERIFF KEITH ROYAL, OFFICER RYAN STANLEY, and OFFICER SHANNON MALLOY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA CHEYENNE CAVENDER, an individual v. NEVADA COUNTY, CALIFORNIA, a county government and operator of the NEVADA COUNTY SHERIFF'S DEPARTMENT; and the following persons both as individuals and in their capacity as officials, employees or contractors of Nevada County; SHERIFF KEITH ROYAL; OFFICER RYAN STANLEY; OFFICER SHANNON MALLOY; and Does 1-10; and CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; and its personnel RHONNA TINDALL; and AMANDA TIRPACK; and Does 11 through 20 Defendants.<br><br>Defendants.<br>_____/ | CASE NO. 2:19-cv-01050 JAM-AC<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>Complaint Filed: 06/09/2019 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff SONYA CHEYENNE CAVENDER, and Defendants NEVADA COUNTY, NEVADA COUNTY SHERIFF'S DEPARTMENT, SHERIFF KEITH ROYAL, OFFICER RYAN STANLEY, and OFFICER SHANNON MALLOY, through their respective counsel, that the time for Defendants to respond to the Complaint shall be extended to August 16, 2019. The parties are in the process of determining

the procedure for service of summons on the individually named Defendants. An extension is necessary in an effort to avoid the duplicity of multiple responses to the Complaint.

Respectfully submitted,

Dated: July 29, 2019     PORTER SCOTT
A PROFESSIONAL CORPORATION

By    /s/Carl L. Fessenden
Carl L Fessenden
Megan E. Nevin
Attorneys for Defendants

Dated: July 29, 2019     LAW OFFICES OF PATRICK H. DWYER

By    /s/Patrick H. Dwyer - authorized 07/26/2019
Patrick H. Dwyer
Attorney for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 29, 2019     /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706