JEROME M. VARANINI, ESQ.   (State Bar No. 58531)
LAW OFFICES OF JEROME M. VARANINI
641 Fulton Avenue, Suite 200
Sacramento, California 95825-4869
P.O. Box 590
Sacramento, CA 95812-0590
Telephone: (916) 993-4868
Facsimile: (916) 993-675

Attorneys for Defendant
Correctional Medical Group Companies, Inc.,

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONYA CHEYENNE CAVENDER,** an individual,<br><br>**Plaintiff,**<br><br>v.<br><br>**NEVADA COUNTY, CALIFORNIA,** *et al.***,**<br><br>**Defendants.** | Case No. 2:19-cv-01050-JAM-AC<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT: ORDER** |

IT IS HEREBY STIPULATED and agreed upon by and between Plaintiff SONYA CHEYENNE CAVENDER, and Defendant CORRECTIONAL MEDICAL GROUP COMPANIES, INC. ("CMGC"), by and through their respective counsel, that the time for Defendant "CMGC" and defendant Rhonda Tindall, R.N., to respond to the Complaint shall be extended to August 16, 2019. The parties are in the process of determining the procedure for service of summons on various parties and an extension is necessary as an effort to avoid the duplication of multiple responses to the Complaint.

////

DATED: July 30, 2019     LAW OFFICES OF JEROME M. VARANINI

/s/ Jerome M. Varanini
_____
BY:   JEROME M. VARANINI
      Attorneys for Defendant "CMGC" and
      Rhonda Tindell, R.N.

DATED: July 30, 2019     LAW OFFICES OF PATRICK H. DWYER

/s/ Patrick H. Dwyer
_____
BY:   PATRICK H. DWYER
      Attorneys for Plaintiff

## ORDER

Pursuant to the stipulation of counsel, the extension of time requested is hereby granted.

Dated: August 1, 2019              /s/ John A. Mendez
                                   HONORABLE JOHN A. MENDEZ
                                   United States District Court Judge