**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Megan E. Nevin, SBN 304122
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants NEVADA COUNTY, NEVADA COUNTY SHERIFF'S DEPARTMENT, SHERIFF KEITH ROYAL, OFFICER RYAN STANLEY, and OFFICER SHANNON MALLOY

Patrick H. Dwyer, SBN 137743
**LAW OFFICE OF PATRICK H. DWYER**
P.O. Box 1705
Penn Valley, CA 95946
TEL: 530.432.5407
FAX: 530.432.9122

Attorney for Plaintiff SONYA CHEYENNE CAVENDER

Jerome M. Varanini, SBN 58531
**LAW OFFICE OF JEROME M. VARANINI**
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.993-4868
FAX: 916.993.6750

Attorney for WELLPATH MANAGEMENT, INC., (*formerly known as Correctional Medical Group Companies, Inc.*) and RHONNA TINDALL; and AMANDA TIRPACK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA CHEYENNE CAVENDER, an individual v. NEVADA COUNTY, CALIFORNIA, a county government and operator of the NEVADA COUNTY SHERIFF'S DEPARTMENT; and the following persons both as individuals and in their capacity as officials, employees or contractors of Nevada County; SHERIFF KEITH ROYAL; OFFICER RYAN STANLEY; OFFICER SHANNON MALLOY; and Does 1-10; and CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; and its personnel RHONNA TINDALL; and AMANDA TIRPACK; and Does 11 through 20 Defendants.<br><br>Defendants. | CASE NO. 2:19-cv-01050 JAM-AC<br><br>**STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE DATE AND STAY OF DISCOVERY AND RESPONSIVE PLEADINGS**<br><br>Complaint Filed: 06/09/2019 |

{02107167.DOCX}  1

**STIPULATION AND [PROPOSED] ORDER REQUESTING EARLY SETTLEMENT CONFERENCE DATE AND STAY OF DISCOVERY AND RESPONSIVE PLEADINGS**

The parties have met and conferred and have agreed to participate in an early Settlement Conference with Magistrate Judge Kendall Newman presiding.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their counsel of record, as follows:

1. That this matter be referred to Magistrate Judge Kendall Newman for a Settlement Conference, on February 18, 2020, at 9:00 a.m., in Courtroom 25;

2. Except for Rule 26(a) disclosures and the discovery described below, all formal discovery is stayed until 20 days after completion of the Settlement Conference;

3. The parties agree to cooperate in the informal exchange of information needed to prepare for the Settlement Conference, including exchanging the documents enumerated in Section 1 of the Proposed Protective Order;

4. Plaintiff agrees to cooperate with the Defendants noticing and taking up to three preliminary medical depositions,[1] including the deposition of two medical providers and a medical expert designated by Plaintiff to prepare for the Settlement Conference;

5. Defendants agree to cooperate with Plaintiff noticing and taking of up to three preliminary percipient witness depositions; provided however, that if any of these witnesses are employees of the defendants, then the deposition will not be considered "preliminary", but as a regular deposition under the discovery rules;

6. The parties agree to meet and confer and submit a Joint Status Report 20 days following the Settlement Conference.

7. Responsive pleadings shall be due 20 days after completion of the Settlement Conference.

///

///

///

///

---

[1] "Preliminary" depositions will be taken under the FRCE in the normal manner. However, the parties agree that these depositions are preliminary and that depositions of these witnesses will not count towards the limit of 10 depositions under FRCP 30(a)(2)(A)(i) and the same deponents may be noticed a second time during the course of regular and/or expert discovery.

{02107167.DOCX} 2

**STIPULATION AND [PROPOSED] ORDER REQUESTING EARLY SETTLEMENT CONFERENCE DATE AND STAY OF DISCOVERY AND RESPONSIVE PLEADINGS**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

**IT IS SO STIPULATED.**

Dated: 11/11/2019     PORTER SCOTT
                      A PROFESSIONAL CORPORATION

                      *By:* /s/Carl L. Fessenden
                          Carl L. Fessenden
                          Megan E. Nevin
                          Attorneys for Defendants NEVADA COUNTY, NEVADA COUNTY SHERIFF'S DEPARTMENT and SHERIFF KEITH ROYAL

Dated: 11/11/2019     LAW OFFICE OF PATRICK H. DWYER

                      *By:* /s/Patrick H. Dwyer (authorized 11/08/2019)
                          Patrick H. Dwyer
                          Attorney for Plaintiff SONYA CHEYENNE CAVENDER

Dated: 11/11/2019     LAW OFFICE OF JEROME M. VARANINI

                      *By:* /s/Jerome M. Varanini (authorized 11/08/2019)
                          Jerome M. Varanini
                          Attorneys for Defendant WELLPATH MANAGEMENT, INC. (*formerly known as Correctional Medical Group Companies, Inc.*) and RHONNA TINDALL; and AMANDA TIRPACK

**ORDER**

The Court, having reviewed and considered the Parties' Stipulation for an early Settlement Conference and finding good cause therefore, hereby approves:

1.  That this matter be referred to Judge Kendall Newman for a Settlement Conference on February 18, 2020, at 9:00 a.m., in Courtroom 25**.**

2.  Discovery shall occur as set forth in the parties' Stipulation;

3.  The parties shall complete Joint Status Reports and submit them to the Court within 20 days of the completion of the Settlement Conference;

{02107167.DOCX}    3

**STIPULATION AND [PROPOSED] ORDER REQUESTING EARLY SETTLEMENT CONFERENCE DATE AND STAY OF DISCOVERY AND RESPONSIVE PLEADINGS**

4. Responsive pleadings shall be due 20 days after completion of the settlement conference.

**IT IS SO ORDERED.**

Dated: 11/12/19

/s/ John A. Mendez
John A. Mendez
Judge, U.S.D.C. - Eastern District of CA

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706